Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8349
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
MICHAEL GRECCO PRODUCTIONS, INC.,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>                                 Plaintiff,<br><br>v.<br><br>CREATIVE CARE, INC. d/b/a www.creativecareinc.com; and DOES 1 through 10 inclusive,<br><br>                                 Defendant. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

        Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco
Photography Inc., for his Complaint against Creative Care, Inc. d/b/a
www.creativecareinc.com, and DOES 1 through 10 inclusive, Defendants, alleges
as follows:

**INTRODUCTION**

1.      Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography Inc. (hereinafter "Plaintiff"), by counsel, brings this action against Creative Care, Inc. d/b/a www.creativecareinc.com, and DOES 1 through 10 inclusive, (hereinafter "Defendants"), with regard to the unlawful use of a copyrighted image owned by Plaintiff.

2.      For the purposes of this Complaint for Damages, unless otherwise indicated, "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the named Defendant.

3.      Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

**JURISDICTION AND VENUE**

4.      This is a civil action seeking damages and injunction relief for

copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendants violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. §§ 106 and 106A.

5.    This Court has personal jurisdiction over Defendants because Defendants conduct business in the state of California, Defendants' acts of infringement complained of herein occurred in the State of California, and Defendants have caused injury to Plaintiff within the State of California.

6.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because, a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because, on information and belief, Defendant's principle place of business is located within this judicial district at 5941 Trancas Canyon Rd., Malibu, CA 90265.

**PARTIES**

7.    Plaintiff is a professional media and photography company run by world famous celebrity photographer Michael Grecco, who resides in the city of Los Angeles, in the State of California.

8.    Plaintiff is the sole author and exclusive rights holder to an original image of a recording artist David Crosby (the "Image") pursuant to 17 U.S.C. §§ 101 and 106. A true and correct copy of Plaintiff's original Image is attached hereto as Exhibit A.

3

9.    Plaintiff is informed and believes, and thereon alleges, that Defendant Creative Care, Inc. is a commercial medical facility which conducts business through the publically available commercial website https://www.creativecareinc.com/.

## FACTUAL ALLEGATIONS

10.    Plaintiff's principle, Michael Grecco, is an award-winning commercial photographer and film director noted for his iconic celebrity portraits, innovative magazine covers, editorial images and advertising spreads for such companies such as NBC/Universal, GE, Pfizer, HBO, Kodak, ABC, IBM, Yahoo!, ESPN, Wired, Time, Entertainment Weekly, Esquire, Premier, and MAXIM. His work is regularly featured in prestigious galleries around the world.

11.    A portfolio of Grecco's work, is available for viewing by general public through Plaintiff's website http://www.michaelgrecco.com/.

12.    Due to the high quality and limited availability of Grecco's works, Plaintiff routinely licenses and/or sells individual photographs for thousands of dollars.

13.    Plaintiff is the sole author of the original Image.

14.    By virtue of his sole authorship, Plaintiff has complete ownership rights and copyrights to the Image.

15.    Plaintiff has registered the Image with the United States Copyright Office under registration numbers VAu 1-053-892.

16.     On information and belief, Defendants owns and operate the commercial website https://www.creativecareinc.com/.

17.     On or about August, 2017, Plaintiff discovered that Defendants used the Image on Defendants' commercial website. Defendants prominently displayed the Image directly below a banner advertisement for Defendants' services. A true and correct copy of Defendants' infringing use of Plaintiff's Image is attached hereto as Exhibit B.

18.     Plaintiff did not consent to authorize, permit, or allow in any manner the use of the Image by Defendants.

19.     Plaintiff is informed and believes that Defendants used Plaintiff's copyrighted Image without permission and that Defendants published, communicated, posted, publicized and otherwise held out to the public for commercial benefit, the original and unique Image of Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

20.     On information and belief, Defendants knew that she did not possess any rights in the Image and that its use of the Image was unauthorized.

21.     On information and belief, Defendants' use of the Image was deliberate and willful.

22.     Defendants used the Image to promote the Defendants' business despite knowledge that the Image is subject to copyright.

23.     Plaintiff did not consent to the use of his Image for Defendants'

commercial gain.

**FIRST CAUSE OF ACTION**

**COPYRIGHT INFRINGEMENT**

**Title 17 of the United States Code**

24.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

25.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Image.

26.     Plaintiff is informed and believes and thereon alleges that the Defendants willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Image of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

27.     As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).

28.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For statutory damages against each Defendant in an amount of $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For general and special damages against Defendant according to proof together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.

Dated: September 26, 2017                           Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8349
(714) 597-6559 facsimile
*Counsel for Plaintiff*

1

### DEMAND FOR JURY TRIAL

2

3
Plaintiff, Michael Grecco Productions, Inc., hereby demands a trial by jury in the

4
above matter.

5

6
Dated: September 26, 2017                                  Respectfully submitted,

7

8
                                                  **/s/ Mathew K. Higbee**

9
                                                  Mathew K. Higbee, Esq.
                                                  Cal. Bar No. 241380

10
                                                  HIGBEE & ASSOCIATES

11
                                                  1504 Brookhollow Dr., Ste 112
                                                  Santa Ana, CA 92705-5418

12
                                                  (714) 617-8349

13
                                                  (714) 597-6559 facsimile
                                                  *Counsel for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28