Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8349; Facsimile (714) 597-6559 Email:
mhigbee@higbeeassociates.com; rcarreon@higbeeassociates.com
Attorneys For Plaintiff **MICHAEL GRECCO PRODUCTIONS, INC**.

Thomas H. Citron, Esq., SBN 182142
Katherine A. Tatikian, Esq., SBN 142665
**CITRON & CITRON**
11845 West Olympic Boulevard, Suite 845
Los Angeles, CA 90064
Telephone: (310) 450-6695;  Facsimile: (310) 450-3851
Email: thomas.citron@citronlaw.com; katherine.tatikian@citronlaw.com
Attorneys For Defendant **CREATIVE CARE, INC.**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a/ MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br> v. <br><br> CREATIVE CARE, INC. d/b/a www.creativecareinc.com; and DOES 1 through 10 inclusive, <br><br> Defendant. | Case No.: 2:17-cv-07098-R-JEM <br> Assigned to: Judge Manuel L. Real, <br> Courtroom 880, 8th Floor, <br> Roybal Federal Building and U.S. <br> Courthouse, 255 East Temple St., <br> Los Angeles, CA 90012 <br> Also Referred to: Magistrate Judge John E. McDermott <br><br> **ORDER DISMISSING THIS ACTION WITH PREJUDICE PURSUANT TO THE STIPULATION FOR DISMISSAL OF THIS ACTION BY ALL PARTIES** |

1

**ORDER DISMISSING THIS ACTION WITH PREJUDICE PURSUANT TO THE STIPULATION OF DISMISSAL OF THIS ACTION BY ALL PARTIES**

# ORDER DISMISSING THIS ACTION WITH PREJUDICE PURSUANT TO THE STIPULATION FOR DISMISSAL OF THIS ACTION BY ALL PARTIES

This action is dismissed with prejudice pursuant to this Order and the Stipulation For Dismissal Of This Action By All Parties, filed on July 16, 2018. Each party has agreed to assume full responsibility for payment of its own attorney's fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____

Honorable Manuel L. Real